KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile: (559) 256-9798

Attorney for Defendant
JESUS OSCAR HERRERA

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS OSCAR HERRERA, et al.<br><br>Defendants. | CR-F-05-0250 AWI<br><br>STIPULATION TO RESET DATES FOR SENTENCING AND FILING OF OBJECTIONS TO PRESENTENCE REPORT; ORDER<br><br>New Sentencing Date: 11/6/06<br>Time: 9:00 a.m.<br>Dept: AWI |

IT is hereby stipulated between counsel for the government and counsel for Defendant JESUS OSCAR HERRERA that the sentencing date previously set for October 2, 2006 be reset to November 6, 2006, and that the date for filing informal objections previously set for 9/11/06 be reset for 10/9/06; and that the date set for filing formal objections with the court, which was previously set for 9/25/06, be reset to 10/23/06.

DATED: September 27, 2006          /s/ Katherine Hart
                                    KATHERINE HART

DATED: September 27, 2006          /s/ Karen Escobar
                                    ASSISTANT UNITED STATES
                                    ATTORNEY

ORDER

Based on the stipulation between counsel, it is hereby ordered that the dates in the case of United States v. Jesus Oscar Herrera be reset as follows:

    Sentencing: November 6, 2006

    Informal Objections to be filed October 9, 2006

    Formal Objections to be filed October 23, 2006.


IT IS SO ORDERED.

**Dated:   September 28, 2006**             **/s/ Anthony W. Ishii**
0m8i78                                                              UNITED STATES DISTRICT JUDGE

2